Troy E Rasmussen, Esq.  ISB #7957
TROY RASMUSSEN, ATTORNEY AT LAW, PLLC
127 East Main Street, Ste. A-2
P. O. Box 818
Rexburg, ID  83440-818
Telephone:  (208) 356-7273
Attorney for Petitioners

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF THE STATE OF IDAHO

| | |
|---|---|
| SHERRI HANSEN, an Individual; <br> A. R. (Minor child); and <br> L. R. (Minor child); <br><br> Petitioners, <br> vs. <br><br> U.S. BANK, NATIONAL ASSOCIATION; <br> GREEN TREE FINANCIAL <br> SERVICING, LLC; MANUFACTURED <br> HOUSING CONTRACT SENIOR/SUB- <br> ORDINATE PASS-THROUGH <br> CERTIFICATES, SERIES 1998-8; <br> HAWLEY TROXELL ENNIS & HAWLEY <br> LLP; and JOHN DOES 1-10; <br><br> Respondents. | CASE NO. 4:15-cv-85 <br><br> PETITIONER'S RESPONSE <br> ORDER FOR SANCTIONS <br> AND FEES |

COMES NOW the Petitioners counsel of record, Troy Rasmussen, Esq., of Troy Rasmussen, Attorney At Law, PLLC, and hereby responds to this Honorable Courts Order for Sanctions and Attorney Fees.  I would like to sincerely apologize to the Court and as well as Counsels for Defense for my actions in the case. I was wrong to bring the case and I acknowledge that my tone directed at Opposing Counsel was uncivil.  I humbly request the sanction be imposed at $1,000 per defendant as an amount that will deter this type of action in the future.

WHEREFORE Petitioner's Counsel requests:

1. That the Order for Sanctions be limited to $1,000.00 for each Defendant.

Dated this 25th day of April, 2016.                    /s/Troy Rasmussen

                      Troy Rasmussen, Esq.
                      Attorney for Petitioner's

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **PETITIONERS RESPONSE TO ORDER FOR SANCTIONS AND FEES** was on this date served upon the person or entity named below via the Court ECF System.

DATED THIS 25th day of April, 2016.

**PERSON SERVED**

| | |
|---|---|
| Sheila Schwager | by Court ECF System |
| Beth Coonts | by Court ECF System |
| R. Wayne Sweney | by Court ECF System |

/s/Troy Rasmussen
Troy E. Rasmussen, Esq.
Attorney for Petitioner's